IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. MCCARDLE, et al.,

    Plaintiffs,                                CIV. NO. S-11-1927 GEB GGH PS

    vs.

PLACER TITLE CO., et al.,

    Defendants.                            ORDER

_____/

        Defendant Placer Title Company's motion to dismiss presently is calendared for hearing on October 27, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The October 27, 2011 hearing on the motion to dismiss, filed September 22, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: October 18, 2011

                                      /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

GGH:076:McCardle1927.vac2.wpd