IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. MCCARDLE, et al.,

    Plaintiffs,                                  CIV. NO. S-11-1927 GEB GGH PS

    vs.

PLACER TITLE CO., et al.,

    Defendants.                                ORDER

        Defendant Homecomings Financial LLC's amended motion to dismiss presently is calendared for hearing on November 10, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The November 10, 2011 hearing on the amended motion to dismiss, filed October 3, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: November 3, 2011

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

GGH:076:McCardle1927.vac3.wpd